# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2008

137485

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JOSHUA CARLOS GARCIA, Minor,

_____/

JOSE GARCIA and MARGARET GARCIA,
      Petitioners-Appellants,

v

MICHIGAN CHILDREN'S INSTITUTE,
      Respondent-Appellee.

SC: 137485
COA: 284876
Kent CC: 08-022813-AM

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2008

_____
Clerk

p1118